United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HEATHER GONZALEZ,

          Plaintiff,

    v.

DATA-CENTRAL, LLC, et al.,

          Defendants.

Case No.  5:15-cv-04337-EJD

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

In order to allow the parties additional time to finalize a settlement agreement and file a dismissal of Kings Credit Services, the Case Management Conference scheduled for May 19, 2016, is CONTINUED to **10:00 a.m. on June 16, 2016.**  The parties shall file an updated Joint Case Management Conference Statement on or before **June 9, 2016.**

In addition, Plaintiff shall request the Clerk enter the default of Data-Central, LLC, or shall otherwise resolve or dismiss the claims against it, on or before **June 9, 2016.**

**IT IS SO ORDERED.**

Dated:  May 13, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04337-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE