1  Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
San Jose, California 95110
4  Telephone: (408) 279-2288
Facsimile: (408) 279-2299
5
Attorneys for Plaintiff
6

IT IS SO ORDERED

Judge Edward J. Davila

DATED: 6/13/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| HEATHER GONZALEZ, | Federal Case No.: 5:15-CV-04337-EJD |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KINGS CREDIT SERVICES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Heather Gonzalez, pursuant to Federal Rule of Civil

Procedure 41(a)(1), hereby voluntarily dismisses Defendant Kings Credit Services as to all claims

in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

applicable federal statute, the plaintiff may dismiss an action without a court

order by filing:

(1) a notice of dismissal before the opposing party serves either an answer

1

1          or a motion for summary judgment.

2          Defendant Kings Credit Services has neither answered Plaintiff's Complaint, nor filed a

3  motion for summary judgment.  Accordingly, the matter may be dismissed, with prejudice, against

4  it for all purposes and without an Order of the Court.

5

6  Dated: May 19, 2016                          Sagaria Law, P.C.

7

                                               By:  _____/s/ Elliot W. Gale_____
8                                                        Elliot W. Gale
                                               Attorneys for Plaintiff
9                                              Heather Gonzalez

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KINGS CREDIT SERVICES